[No. 68504-0-I.  Division One.  June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN MICAH STRONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06905-9, Regina S. Cahan, J., entered March 14, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 68535-0-I.  Division One.  June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ADREN DERAY COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-05955-0, Beth M. Andrus, J., entered March 16, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 68645-3-I.  Division One.  June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE JUAN LEMASSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00270-1, Jim Rogers, J., entered August 5, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ.

[No. 68652-6-I.  Division One.  June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM NEAL FRANCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08388-4, Harry J. McCarthy, J., entered March 23, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.